| | |
|---|---|
| SCHEER LAW GROUP, LLP | |
| SPENCER P. SCHEER #107750 | |
| JOSHUA L. SCHEER #242722 | |
| REILLY D. WILKINSON #250086 | |
| JONATHAN SEIGEL #168224 | |
| 155 N. Redwood Drive, Suite 100 | |
| San Rafael, CA 94903 | |
| Telephone: (415) 491-8900 | |
| Facsimile: (415) 491-8910 | |
| M.030-006S | |

Attorneys for Secured Creditor
CV ANTHONY II, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, ITS ASSIGNEES AND/OR SUCCESSORS

UNITED STATES BANKRUPTCY COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br>DOYLE D. HEATON AND MARY K. HEATON,<br><br>Debtors. | Bk. No. 10-40297 – EDJ<br>Adv. No. 10-04063<br>Chapter 11<br>CERTIFICATE OF SERVICE BY MAIL |
| CV ANTHONY II, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, ITS ASSIGNEES AND/OR SUCCESSORS,<br><br>Plaintiff.<br><br>vs.<br><br>DOYLE D. HEATON AND MARY K. HEATON,<br><br>Defendants. | Status Conference –<br>Date : April 19, 2010<br>Time : 10:00 a.m.<br>Place : U.S. Bankruptcy Court<br>       1300 Clay Street, Courtroom 215<br>       Oakland, CA |

I, Shannon Myles, declare that:

I am employed in the County of Marin, State of California. I am over the age of 18 and am not a party to the within action; my business address is 155 N. Redwood Drive, Suite 100, San Rafael, California 94903.

| | |
|---|---|
| 1 | On March 5, 2010, I served the within SUMMONS AND NOTICE OF STATUS CONFERENCE IN AN ADVERSARY PROCEEDING; ORDER RE INITIAL DISCLOSURES AND DISCOVERY CONFERENCE; NOTICE TO PLAINTIFFS; BANKRUPTCY DISPUTE RESOLUTION PROGRAM INFORMATION SHEET; ADVERSARY PROCEEDING COVER SHEET; COMPLAINT FOR NON-DISCHARGE OF DEBT; ACCOUNTING; IMPOSITION OF CONSTRUCTIVE TRUST AND EQUITABLE LIEN on the interested parties in this action by placing true and correct copies thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at San Rafael, California, addressed as follows: |

**DEBTOR**

DOYLE D. HEATON
MARY K. HEATON
3480 BUSKIRK AVENUE, SUITE 260
PLEASANT HILL, CA 94523

**ATTORNEY FOR DEBTORS**

MAXIM B. LITVAK
PACHULSKI, STANG, ZIEHL AND JONES
150 CALIFORNIA ST. 15TH FL.
SAN FRANCISCO, CA 94111-4500

**UNITED STATES TRUSTEE**

OFFICE OF THE U.S. TRUSTEE
1301 CLAY ST. #690N
OAKLAND, CA 94612

**COUNSEL FOR U.S. TRUSTEE**

MARGARET H. MCGEE
OFFICE OF THE U.S. TRUSTEE
1301 CLAY ST. #690N
OAKLAND, CA 94612-5217

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

SHEPPARD MULLIN RICHTER & HAMPTON LLP
FOUR EMBARCADERO CENTER
17TH FLOOR
SAN FRANCISCO, CA 94111

**COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

MICHAEL H. AHRENS
SHEPPARD, MULLIN, RICHTER AND HAMPTON
4 EMBARCADERO CENTER 17TH FL.
SAN FRANCISCO, CA 94111

1   [ X ]   (By Mail [Federal]) I placed such envelope with postage thereon fully prepaid in the United States mail at San Rafael, California.

[ ]   (By Mail [State]) I am readily familiar with Scheer Law Group, LLP's practice for the collection and processing of correspondence for mailing with the United States Postal Service; it is deposited with the United States Postal Service on the same date in the ordinary course of business at the business address shown above; I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing contained in this declaration.

[ ]   (By Personal Service) I caused such envelope to be delivered by hand to the addressee(s).

[ X ]   Executed on March 5, 2010, at San Rafael, California.

[ X ]   (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[ X ]   (Federal) I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

                                            /s/ Shannon Myles